UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.D. JOHN E. TERWILLEGER, et al.,

    Plaintiffs,

v.                                            CASE NO: 8:07-cv-869-T-23TGW

PRO-NATIONAL INSURANCE COMPANY,

    Defendant,
_____/

**ORDER**

    The Court is advised that this matter is completely settled and will be dismissed. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on September 11, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE